UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MOLDEX-METRIC, INC., a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>CIRRUS HEALTHCARE PRODUCTS, L.L.C., a Delaware limited liability corporation, WALGREEN CO., an Illinois corporation, and Guangzhou Junyue Foam Earplug Co. Ltd., a Chinese company,<br><br>    Defendants. | CASE NO. 18-cv-07707-PA-PLA<br><br>**JUDGMENT AND PERMANENT INJUNCTION** |

1. The Court having read and reviewed the parties' Stipulation for Entry of Judgment, IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

1. Cirrus Healthcare Products, L.L.C. ("Cirrus") and Guangzhou Junyue Foam Earplug Co. Ltd. ("Guangzhou"), each on behalf of itself and its respective successors, subsidiaries, affiliates, officers, directors, servants, agents, employees, and attorneys, and any and all persons acting or attempting to act in concert or participation with either Cirrus or Guangzhou, are hereby permanently restrained and enjoined from directly or indirectly (1) manufacturing, selling, offering for sale, distributing, importing, advertising or marketing in the United States, its territories and possessions, any earplug product composed of, in whole or in part, (a) earplugs with an appearance shown in Exhibit 1 hereto, or (b) other earplugs with an appearance likely to cause confusion with Moldex-Metric, Inc.'s ("Moldex") United States Trademark Registration No. 2,680,402; and (2) assisting, aiding, or abetting any other person or entity in or performing any of the activities referred to in (1).

2. Each party shall bear its own attorneys' fees and costs.

3. This Judgment disposes of this action in its entirety and except as provided herein, all other claims asserted in this action are hereby dismissed with prejudice.

DATED: January 18, 2019     By: _____
                                PERCY ANDERSON
                                United States District Judge

# EXHIBIT 1

